# Exhibit 1

| Ref | Name | Subscribers | Infringement URL | Original Source | Registration Number | Registration Date | Title of Work | Videographer | CMI Claim | Statutory Damages |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=miDx8TXBFN8 | https://www.youtube.com/watch?v=7Hlhqkm-tjQ | PA 2-489-868 | 8/2/2024 | Hurricane Beryl Drone video from Carriacou, Grenada after category 4 slams island | Brandon Clement | Yes | Yes |
| 2 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=jrqleZ4zpys | https://twitter.com/bclemms/status/1298901561947688966/video/1 | PA 2-303-758 | 10/8/2020 | Hurricane Laura - Preparation, Destruction, Aftermath - RAW Brandon Clement. | Brandon Clement | Yes | Yes |
| 3 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=ZlLzXI6xUrg | https://www.youtube.com/watch?v=7Hlhqkm-tjQ | PA 2-489-868 | 8/2/2024 | Hurricane Beryl Drone video from Carriacou, Grenada after category 4 slams island | Brandon Clement | Yes | Yes |
| 4 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=N4R4jE4KXeQ | https://www.youtube.com/watch?v=ow1dhjhsOVc | PA 2-511-907 | 12/27/2024 | LIVE Storm Chaser - Enhanced Tornado Threat - Iowa/Nebraska/Missouri/Kansas | Bryce Shelton | Yes | No |
| 5 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=JOHjD1tGLYg | https://www.youtube.com/watch?v=Pm5O8kICjAE | PA 2-303-758 | 10/8/2020 | Hurricane Laura - Preparation, Destruction, Aftermath - RAW Brandon Clement. | Brandon Clement | Yes | Yes |
| 6 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=-Q6BAUeXYKQ | https://vimeo.com/97130040 | PA 2-499-635 | 9/16/2024 | Seven Days on the Plains | Mike Olbinski | No | No |
| 7 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=yf1iRHgR0Cg | https://www.youtube.com/watch?v=TOfGnDflRLg | PA 2-495-581 | 9/3/2024 | 5-5-2018 Leilani Estates, Hi Volcano eruption wall of lava overtakes home, busts open gate then eats car | Brandon Clement | No | No |
| 8 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=0WhLkp3F7Co | https://www.youtube.com/watch?v=TOfGnDflRLg | PA 2-495-581 | 9/3/2024 | 5-5-2018 Leilani Estates, Hi Volcano eruption wall of lava overtakes home, busts open gate then eats car | Brandon Clement | No | No |
| 9 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=c0aJN0mbMHI | https://www.youtube.com/watch?v=TOfGnDflRLg | PA 2-495-581 | 9/3/2024 | 5-5-2018 Leilani Estates, Hi Volcano eruption wall of lava overtakes home, busts open gate then eats car | Brandon Clement | No | No |
| 10 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=PJHWTXRdxDw | https://www.youtube.com/watch?v=Xtr5hu9Bu7M | PA 2-397-322 | 1/30/2023 | 11-18-22 Lackawanna, NY-Firefighters shoveling to save patient, cars stuck, interstate closed. | Brandon Clement | Yes | Yes |
| 11 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=PJHWTXRdxDw | https://www.youtube.com/watch?v=34199SVLFBY | PA 2-401-404 | 3/14/2023 | 11-18-2022 Orchard Park, NY Record snow leaves stranded vehicles everywhere. | Brandon Clement | Yes | Yes |
| 12 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=PJHWTXRdxDw | https://www.youtube.com/watch?v=T3qRtgNaM5o | PA 2-401-314 | 2/8/2023 | 11-19-22 New York Lake Effect Snow. | Brandon Clement | Yes | Yes |
| 13 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=PJHWTXRdxDw | https://www.youtube.com/watch?v=EZn7yhYkrhM | PA 2-401-320 | 2/8/2023 | 11-18-22 Orchard Park, NY-Orchard Park maze of mayhem. | Brandon Clement | Yes | Yes |
| 14 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=PJHWTXRdxDw | https://www.youtube.com/watch?v=MngsffInoNk | PA 2-401-312 | 2/8/2023 | 11-18-22 Hamburg, NY-Snow emergency, cars and semis stranded in feet of snow. | Brandon Clement | Yes | Yes |
| 15 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=P0p-K-UBT8A | https://www.youtube.com/watch?v=Es5mZfeiA4Q | PA 2-397-898 | 1/31/2023 | 11-18-22 Hamburg, NY-Drivers stuck, travelers stranded in four feet of snow SOTs. | Brandon Clement | Yes | Yes |
| 16 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=h8U1S5zIGD8 | https://www.youtube.com/watch?v=_0iIlJfdmYA | PA 2-401-400 | 3/3/2023 | 12-25-22 Buffalo Blizzard. | Brandon Clement | Yes | Yes |
| 17 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=h8U1S5zIGD8 | https://www.youtube.com/watch?v=qCrwKXNlmK0 | PA 2-401-400 | 3/3/2023 | 12-25-22 Buffalo Blizzard. | Brandon Clement | Yes | Yes |
| 18 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=h8U1S5zIGD8 | https://www.youtube.com/watch?v=U-tgVxSMDlc | PA 2-495-685 | 9/4/2024 | Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground | Brandon Clement | Yes | No |
| 19 | Imagen Noticias | 4.86M | https://www.youtube.com/watch?v=SjISkKIYyQ8 | https://www.youtube.com/watch?v=-Kou0HBpX4A | PAu 3-077-953 | 8/23/2006 | Battle at the beachfront. | Mike Theiss | Yes | Yes |