# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-303-758

**Effective Date of Registration:**
October 08, 2020
**Registration Decision Date:**
July 27, 2021

---

## Title

**Title of Work:** Hurricane Laura - Preparation, Destruction, Aftermath - RAW Brandon Clement

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 26, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Dr, Terry, MS, 39170, United States

## Rights and Permissions

**Name:** Michael Brandon Clement
**Email:** bclemms@gmail.com
**Telephone:** (601)260-3170
**Address:** 1315 Carroll Dr
Terry, MS 39170 United States

## Certification

**Name:** Brandon Clement

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-397-322

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
February 17, 2023

---

## Title
　
**Title of Work:**　11-18-22 Lackawanna, NY-Firefighters shoveling to save patient, cars stuck, interstate closed

## Completion/Publication
　
**Year of Completion:**　2022
**Date of 1st Publication:**　November 18, 2022
**Nation of 1st Publication:**　United States

## Author
　
**Author:**　Michael Brandon Clement
**Author Created:**　entire motion picture
**Work made for hire:**　No
**Domiciled in:**　United States

## Copyright Claimant
　
**Copyright Claimant:**　MIchael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification
　
**Name:**　Craig Sanders
**Date:**　January 30, 2023

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-397-898

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
February 22, 2023

---

## Title

**Title of Work:** 11-18-22 Hamburg, NY-Drivers stuck, travelers stranded in four feet of snow SOTs

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 18, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:** Craig Sanders
**Date:** January 31, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-401-312

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title

       **Title of Work:** 11-18-22 Hamburg, NY-Snow emergency, cars and semis stranded in feet of snow

## Completion/Publication

       **Year of Completion:** 2022
       **Date of 1st Publication:** November 18, 2022
       **Nation of 1st Publication:** United States

## Author

       •      **Author:** Michael Brandon Clement
       **Author Created:** entire motion picture
       **Domiciled in:** United States

## Copyright Claimant

       **Copyright Claimant:** Michael Brandon Clement
       1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

       **Name:** Craig Sanders
       **Date:** February 08, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-401-314**

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
March 14, 2023

## Title

**Title of Work:**    11-19-22 New York Lake Effect Snow

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 19, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:** Craig Sanders
**Date:** February 08, 2023

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-401-320

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
March 14, 2023

## Title

**Title of Work:** 11-18-22 Orchard Park, NY-Orchard Park maze of mayhem

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 18, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:** Craig Sanders
**Date:** February 08, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-401-400

**Effective Date of Registration:**
March 03, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | 12-25-22 Buffalo Blizzard |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | December 25, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Michael Brandon Clement |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Brandon Clement |
| | 1315 Carroll Drive, Terry, MI, 39170, United States |

## Certification

| | |
|---|---|
| **Name:** | Craig Sanders |
| **Date:** | March 03, 2023 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-401-404

**Effective Date of Registration:**
March 14, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | 11-18-2022 Orchard Park, NY Record snow leaves stranded vehicles everywhere |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | November 18, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Michael Brandon Clement |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Brandon Clement<br>1315 Carroll Drive, Terry, MI, 39170, United States |

## Certification

| | |
|---|---|
| **Name:** | Craig Sanders |
| **Date:** | February 08, 2023 |

| | |
|---|---|
| **Correspondence:** | Yes |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-489-868

**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
September 16, 2024

---

## Title
_____

**Title of Work:** Hurricane Beryl Drone video from Carriacou, Grenada after category 4 slams island

## Completion/Publication
_____

**Year of Completion:** 2024
**Date of 1st Publication:** July 01, 2024
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Citizen of:** United States

- **Author:** Jonathan Petramala
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Global Weather Productions LLC
1309 Coffeen Avenue, STE 1200, Sheridan, WY, 82801, United States
**Transfer statement:** By written agreement

## Rights and Permissions
_____

**Name:** Michael Brandon Clement
**Email:** brandon@wxchasing.com

## Certification
_____

Page 1 of 2



**Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.**



# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = 5-5-2018 leilani estates
Search Results: Displaying 1 of 1 entries

[previous] [next]

Labeled View

*5-5-2018 Leilani Estates, Hi Volcano eruption wall of lava overtakes home,...*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002495581 / 2024-09-03 |
| **Application Title:** | 5-5-2018 Leilani Estates, Hi Volcano eruption wall of lava overtakes home, busts open gate then eats car. |
| **Title:** | 5-5-2018 Leilani Estates, Hi Volcano eruption wall of lava overtakes home, busts open gate then eats car. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Global Weather Productions LLC, Transfer: By written agreement. Address: 1309 Coffeen Avenue, Suite 1200, Sheridan, WY, 82801, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-05-05 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Michael Brandon Clement; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Michael Brandon Clement, 1315 Carroll Dr, Terry, MS, 39170, United States, bclemms@gmail.com |
| **Names:** | Clement, Michael Brandon |
|  | Global Weather Productions LLC |

[previous] [next]

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record  ⌄   Format for Print/Save |
| Enter your email address:  _____   Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



**Try the [Copyright Public Records System (CPRS)](#) pilot with enhanced search features and filters.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|-----------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Title = blizzard of 2022 impacts

Search Results: Displaying 1 of 1 entries



Labeled View

### *Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002495685 / 2024-09-04 |
| **Application Title:** | Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground. |
| **Title:** | Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Global Weather Productions LLC, Transfer: By written agreement. Address: 1309 Coffeen Avenue, Suite 1200, Sheridan, WY, 82801, United States. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-12-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Michael Brandon Clement; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Pre-existing Material:** | preexisting footage. |
| **Basis of Claim:** | additional new footage. |
| **Rights and Permissions:** | Michael Brandon Clement, 1315 Carroll Dr, Terry, MS, 39170, United States, bclemms@gmail.com |
| **Names:** | [Clement, Michael Brandon](#) |
|  | [Global Weather Productions LLC](#) |





| Save, Print and Email ([Help Page](#)) | |
|---|---|
| Select Download Format Full Record ⌄ | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



**Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.**



# Public Catalog

 Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = seven days on the plains
Search Results: Displaying 1 of 1 entries

previous   next

Labeled View

*Seven Days on the Plains.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002499635 / 2024-09-16 |
| **Application Title:** | Seven Days on the Plains. |
| **Title:** | Seven Days on the Plains. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Mike Robert Olbinski. Address: 5629 N 8th Drive, Phoenix, AZ, 85013, United States. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-06-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Mike Olbinski; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Mike Robert Olbinski, 5629 N 8th Drive, Phoenix, AZ, 85013, United States, mike@mikeolbinski.com |
| **Names:** | Olbinski, Mike |
|  | Olbinski, Mike Robert |

previous   next



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ⌄   Format for Print/Save |
| Enter your email address: _____  Email |



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Title = live storm chaser - enhanced

Search Results: Displaying 1 of 1 entries





### *LIVE Storm Chaser - Enhanced Tornado Threat - Iowa/Nebraska/Missouri/Kansas.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002511907 / 2024-12-27 |
| **Application Title:** | LIVE Storm Chaser - Enhanced Tornado Threat - Iowa/Nebraska/Missouri/Kansas. |
| **Title:** | LIVE Storm Chaser - Enhanced Tornado Threat - Iowa/Nebraska/Missouri/Kansas. |
| **Description:** | USB Flash Drive. |
| **Copyright Claimant:** | Bryce Shelton. Address: 4652 Westervelt Rd, Hollywood, SC, 29449. |
| **Date of Creation:** | 2024 |
| **Date of Publication:** | 2024-04-26 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Bryce Shelton; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Bryce Shelton, bryceshelton88@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Shelton, Bryce |

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ⌄ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

Certificate of Registration

*ORIGINAL @ BANK*



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PAu3–077–953

EFFECTIVE DATE OF REGISTRATION

8     23     2006
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

"Battle at the Beachfront"

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Hurricane Katrina Video/DVD

---

**2**

**a** NAME OF AUTHOR ▼

Mike Theiss

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1978

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
{ Domiciled in USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Work Except for Slideshow Segment

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died. ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
{ Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
{ Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
This information must be given ONLY if this work Year in all cases.
2006

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month _____ Day _____ Year _____
has been published.
Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Ultimate Chase, Inc.
P.O. Box 233
Key Largo, Florida 33037

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Written Assignment

APPLICATION RECEIVED
AUG 2 3 2006

ONE DEPOSIT RECEIVED
AUG 2 3 2006    DVD/L

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  PAu 3 - 004 - 741    Year of Registration ▼ 2005

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Mike Theiss
P.O. Box 233
Key Largo, Florida 33037

**b**

Area code and daytime telephone number  ( 305 ) 394-6000          Fax number  ( 305 ) 230-0220

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mike Theiss                                          Date 8/18/06

Handwritten signature (X) ▼

☞  x _Mike Th_____

| Certificate will be mailed in window envelope to this address: | Name ▼ Mike Theiss | |
| --- | --- | --- |
| | Number/Street/Apt ▼ P.O. Box 233 | |
| | City/State/Zip ▼ Key Largo, Florida 33037 | |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA — Full  Rev. 07/2006  Print: 07/2006 — xxx,000  Printed on recycled paper

U.S. Government Printing Office. 2006-xxx-xxx/60,xxx